Case 1:25-cv-02665-JPB     Document 2     Filed 05/13/25     Page 1 of 12

State Court of Fulton County
**E-FILED**
25EV002020
4/2/2025 1:17 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMANDA THOMPSON and AZYLA TILLMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL LAQUART and NEW PRIME, INC. *d/b/a* PRIME, INC.<br><br>    Defendants. | Civil Action File No.: 25EV002020 |

### ANSWER AND DEFENSES OF NEW PRIME, INC. *D/B/A* PRIME, INC.

COMES NOW New Prime, Inc. *d/b/a* Prime, Inc. (hereinafter "this defendant"), defendant in the above-styled action, and files the following Answer and Defenses to Plaintiffs' Complaint ("Complaint"), showing the Court as follows:

### FIRST DEFENSE

As to one or more claims, the Complaint fails to set forth a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

As to one or more claims, this defendant is not liable to Plaintiffs because Prime, Inc. breached no duty owed to Plaintiffs in regard to the occurrence giving rise to this Complaint.

### THIRD DEFENSE

Any injury allegedly suffered by Plaintiffs was not proximately caused by this defendant.

### FOURTH DEFENSE

This defendant reserves the right to plead and prove such other defenses as may become known during the course of investigation and discovery.

## FIFTH DEFENSE

As a Fifth Defense, this defendant answers the numbered paragraphs of the Complaint as follows:

**1.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 1 of the Complaint, and, therefore, cannot admit or deny same.

**2.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 2 of the Complaint, and, therefore, cannot admit or deny same.

**3.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 3 of the Complaint, and, therefore, cannot admit or deny same.

**4.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 4 of the Complaint, and, therefore, cannot admit or deny same.

**5.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 5 of the Complaint, and, therefore, cannot admit or deny same.

6.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 6 of the Complaint, and, therefore, cannot admit or deny same.

7.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 7 of the Complaint, and, therefore, cannot admit or deny same.

8.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 8 of the Complaint, and, therefore, cannot admit or deny same.

9.

This defendant admits the allegations contained in Paragraph No. 9 of the Complaint.

10.

This defendant denies the allegations contained in Paragraph No. 10 of the Complaint.

11.

This defendant admits the allegations contained in Paragraph No. 11 of the Complaint.

12.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 12 of the Complaint, and, therefore, cannot admit or deny same.

13.

This defendant admits the allegations contained in Paragraph No. 13 of the Complaint.

14.

This defendant admits the allegations contained in Paragraph No. 14 of the Complaint.

15.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 15 of the Complaint, and, therefore, cannot admit or deny same.

16.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 16 of the Complaint, and, therefore, cannot admit or deny same.

17.

This defendant is without information or knowledge sufficient to form a belief as to the allegations remaining in Paragraph No. 17 of the Complaint, and, therefore, cannot admit or deny same.

18.

This defendant is without information or knowledge sufficient to form a belief as to the allegations remaining in Paragraph No. 18 of the Complaint, and, therefore, cannot admit or deny same.

19.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 19 of the Complaint and therefore, cannot admit or deny

same.

**20.**

This defendant admits Daniel Laquart was driving on its behalf on the date of the incident described in Plaintiffs' Complaint.

**21.**

Upon information and belief, this defendant admits the allegations contained in Paragraph No. 21 of the Complaint.

**22.**

This defendant admits, upon information and belief, that a collision occurred between the tractor-trailer Laquart was driving and Plaintiffs' vehicle. This defendant is without information or knowledge sufficient to form a belief as to the allegations remaining in Paragraph No. 22 of the Complaint, and, therefore, cannot admit or deny same.

**23.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 23 of the Complaint, and, therefore, cannot admit or deny same.

**24.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 24 of the Complaint, and, therefore, cannot admit or deny same.

**25.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 25 of the Complaint, and, therefore, cannot admit or deny

same.

**26.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 26 of the Complaint, and, therefore, cannot admit or deny same.

**27.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 27 of the Complaint, and, therefore, cannot admit or deny same.

**28.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 28 of the Complaint, and, therefore, cannot admit or deny same.

**29.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 29 of the Complaint, and, therefore, cannot admit or deny same.

**30.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 30 of the Complaint, and, therefore, cannot admit or deny same.

**31.**

This defendant is without information or knowledge sufficient to form a belief as to the

allegations contained in Paragraph No. 31 of the Complaint, and, therefore, cannot admit or deny same.

32.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 32 of the Complaint, and, therefore, cannot admit or deny same.

33.

This defendant admits Laquart was driving on its behalf.

34.

This defendant admits Laquart was driving on its behalf.

35.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 35 of the Complaint, and, therefore, cannot admit or deny same.

36.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 36 of the Complaint, and, therefore, cannot admit or deny same.

37.

This defendant admits the allegations contained in Paragraph No. 37 of the Complaint.

38.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 38 of the Complaint, and, therefore, cannot admit or deny

same.

**39.**

This defendant denies the allegations contained in Paragraph No. 39 of the Complaint.

**40.**

This defendant denies the allegations contained in Paragraph No. 40 of the Complaint.

**54.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 54 of the Complaint, and, therefore, cannot admit or deny same.

**55.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 55 of the Complaint, and, therefore, cannot admit or deny same.

**56.**

This defendant denies the allegations contained in Paragraph No. 56 of the Complaint.

**57.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 57 of the Complaint, and, therefore, cannot admit or deny same.

**58.**

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 58 of the Complaint, and, therefore, cannot admit or deny same.

## 59.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 59 of the Complaint, and, therefore, cannot admit or deny same.

## 60.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 60 of the Complaint, and, therefore, cannot admit or deny same.

## 61.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 61 of the Complaint, and, therefore, cannot admit or deny same.

## 62.

This defendant is without information or knowledge sufficient to form a belief as to the allegations remaining in Paragraph No. 62 of the Complaint, and, therefore, cannot admit or deny same.

## 63.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 63 of the Complaint, and, therefore, cannot admit or deny same.

## 64.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 64 of the Complaint, and, therefore, cannot admit or deny

same.

### 65.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 65 of the Complaint, and, therefore, cannot admit or deny same.

### 66.

This defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph No. 66 of the Complaint, and, therefore, cannot admit or deny same.

### 67.

This defendant denies the allegations contained in Paragraph No. 67 of the Complaint.

### 68.

This defendant denies the allegations contained in Paragraph No. 68 of the Complaint.

### 69.

This defendant denies the allegations contained in Paragraph No. 69 of the Complaint.

### 70.

Any allegations contained in Plaintiffs' Complaint not herein responded to by number, including Plaintiffs' *ad damnum* clause, and its subparts are hereby denied.

WHEREFORE, having fully answered, this defendant prays the Complaint be dismissed with costs of this action cast against Plaintiffs.

*(Signature on following page)*

Respectfully submitted this 2nd day of April, 2025.

By: */s/ Elizabeth L. Bentley, Esq.*
ELIZABETH L. BENTLEY, ESQ.
Georgia State Bar No.: 828730
*Beth.Bentley@swiftcurrie.com*
DEJAY PATEL, ESQ.
Georgia State Bar No.: 426436
*Dejay.Patel@swiftcurrie.com*
*Attorneys for Defendant New Prime, Inc. d/b/a Prime, Inc.*

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMANDA THOMPSON and AZYLA TILLMAN,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL LAQUART and NEW PRIME, INC. *d/b/a* PRIME, INC.<br><br>Defendants. | Civil Action File No.: 25EV002020 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Answer and Defenses of Defendant New Prime, Inc. d/b/a Prime, Inc.* via the Odyssey E-File and Serve System which will automatically send an electronic copy of same to all counsel and parties of record as follows:

Joseph Fleishman, Esq. & Rob Loar, Esq.
WLG ATLANTA, LLC
600 Peachtree Street NE, Suite 4010
Atlanta, Georgia 30308
Joseph.Fleishman@witheritelaw.com
Rob.Loar@witheritelaw.com
***Attorneys for the Plaintiffs***

Respectfully submitted this 2nd day of April, 2025.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax

By:  */s/ Elizabeth L. Bentley, Esq.*
ELIZABETH L. BENTLEY, ESQ.
Georgia State Bar No.: 828730
*Beth.Bentley@swiftcurrie.com*
DEJAY PATEL, ESQ.
Georgia State Bar No.: 426436
*Dejay.Patel@swiftcurrie.com*
***Attorneys for Defendant New Prime, Inc. d/b/a Prime, Inc.***

4918-1838-8529, v. 1